IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:05cr20120-Ml |
| | ) | |
| SEAN WILLIAM LEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TERMINATING APPOINTMENT OF COUNSEL

Prior to the Indictment of defendant Sean William Lee on April 12, 2005, the Federal Public Defender was appointed as counsel for the defendant Sean William Lee. This case has been assigned to Judge Jon McCalla. Therefore, the Federal Public Defender cannot accept the representation.

IT IS THEREFORE ORDERED that the appointment of the Federal Public Defender is hereby terminated, and counsel will be appointed for the defendant from the CJA Panel of attorneys.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
Date: 4/20/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20120 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT