# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 14 AM 9: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SEAN WILLIAM LEE,

    Defendant.

Criminal No. 05-20120-MI

MOTION GRANTED   Joe McCall

Set for Report
9:00 Nov. 23
2005

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Nov. 14, 2005
DATE

## UNOPPOSED MOTION OF THE UNITED STATES
## TO RESET TRIAL DATE

Comes now the United States of America by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Dan L. Newsom, and respectfully moves this Honorable Court as follows:

1. The above-referenced matter is presently set for jury trial to commence on Monday, December 5, 2005.

2. The Assistant U. S. Attorney (AUSA Newsom) responsible for this matter has recently been notified that the annual conference which he has attended for the past eleven (11) years as the Computer Telecommunications Coordinator for the U.S. Attorney's Office is set for December 5 - 9, 2005. AUSA Newsom would like to have the opportunity to attend this conference if at all possible.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-14-05



3. The Government has made no prior requests for a continuance in this matter.

4. The Government has contacted counsel for the Defendant, Jake Erwin, Esq., and counsel had indicated that he has no objection to this motion.

**WHEREFORE PREMISES CONSIDERED** the United States moves this Honorable Court to move the trial of this cause to a date other than the week of December 5-9, 2005.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
DAN L. NEWSOM
Senior Litigation Counsel

## CERTIFICATE OF SERVICE

I, Dan L. Newsom, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded via U.S. Mail, first class postage pre-paid, to Jake Erwin, Attorney for the Defendant, Suite 1313, 200 Jefferson Avenue, Memphis, Tennessee 38103,

This _10th_ Day of November, 2005.

_____
DAN L. NEWSOM
Assistant United States Attorney
Senior Litigation Counsel



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20120 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT