FILED BY ___ D.C.
05 DEC -8 AM 9: 26
THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 NOV 29 PM 12: 02

UNITED STATES OF AMERICA,

    Plaintiff

vs.                                                    Criminal No. 05-20120

SEAN WILLIAM LEE,

    Defendants.

*Granted*
*Dec. 8, 2005*
*J.P. McCalla*

## MOTION TO TRANSCRIBE PROBABLE CAUSE/DETENTION HEARING

Comes now your Defendant, SEAN WILLIAM LEE, by and through his Attorney of Record, Jake Erwin, and respectfully moves this Honorable Court to enter an order authorizing the payment and transcription of the probable cause/detention hearing conducted on March 28, 2005 in this cause. In support, your Defendant would submit the following:

1. Defendant was arrested pursuant to a complaint on March 21, 2005.

2. A probable cause/detention hearing was conducted on March 28, 2005.

3. Defendant has a reasonable basis to believe that the testimony presented at the probable cause hearing is necessary for the preparation of this cause for trial.

4. Counsel did not represent your Defendant at the probable cause hearing and did not have the benefit of hearing the proof presented.

5.  Moreover, this testimony is necessary for the effective cross-examination of the witnesses in this cause.

WHEREFORE, Defendant requests moves this Honorable Court to enter an order authorizing the payment and transcription of the probable cause/detention hearing conducted on March 28, 2005 in this cause.

Respectfully submitted,

_____
Jake Erwin
Attorney for Defendant
200 Jefferson Ave., Suite 1313
Memphis, TN 38103


## CERTIFICATE OF SERVICE

I certify that a copy of this Motion was served on all interested parties in this cause including Mr. Dan Newsom, Assistant United States Attorney, 167 N. Main, Room 800, Memphis, Tennessee 38103 on this _18_ day of November, 2005.

_____
Jake Erwin

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20120 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT