IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC 12 PM 3:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>VS. )<br>)<br>SEAN WILLIAM LEE, )<br>Defendant. )<br>) | CR. NO. 2:05-20120-B |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on December 12, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Sean William Lee, appearing in person and with counsel, Jacob Erwin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MARCH 13, 2006, at 9:30 a.m., before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 12 day of December, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-13-05

(54)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20120 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT