IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. 05-20120-M1/P

SEAN WILLIAM LEE,

    Defendant.

## ORDER OF TRANSFER

Judge J. Daniel Breen was assigned this case for trial on the December criminal rotation docket. Judge Breen did take a change of plea during this criminal rotation, consequently, this case is hereby transferred to Judge Breen for all further proceedings.

**IT IS SO ORDERED** this 14 day of December, 2005.

_____
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-15-05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20120 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT